O'CONNOR COCHRAN LLP
James S. Cochran (State Bar No. 147607)
jcochran@oconnorcochran.com
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3624
Facsimile: (213) 236-3501

LAW OFFICES OF RUSSELL G. PETTI
Russell G. Petti (State Bar No. 137160)
rpetti@petti-legal.com
466 Foothill Boulevard, # 389
La Cañada Flintridge, CA 91011
Telephone: (818) 952-2168
Facsimile: (818) 952-2186

Attorneys for Plaintiff
LSREF3 NAVY, LLC,
a Delaware limited liability company

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LSREF3 NAVY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>PJJ&R SACRAMENTO, LLC, a Delaware limited liability company; JAMES F. VITT, an individual; PETER C. CARLSON, an individual; RICHARD J. HAUSER, an individual; and JON P. MCCLURE, an individual,<br><br>    Defendants. | Case No. 2:15-CV-00227-MCE-EFB<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff LSREF3 Navy, LLC ("Navy") and Defendants PJJ&R Sacramento, LLC, Peter C. Carlson, Richard J. Hauser, and John P. McClure (collectively referred to as "Defendants") hereby stipulate that this action be dismissed in its entirety without prejudice, with each party to bear his or its own attorney fees and costs.

Navy and Defendants further stipulate that the Court retain jurisdiction over this matter in order to enforce the terms of the parties' settlement agreement and to take whatever other action that it deems appropriate.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated:  April 7, 2015 | O'CONNOR COCHRAN LLP<br>JAMES S. COCHRAN<br><br>LAW OFFICES OF RUSSELL G. PETTI<br>Russell G. Petti<br><br><br>           S/*Russell G. Petti*<br>By:_____<br>    Russell G. Petti<br>    Attorneys for Plaintiff<br>    LSREF3 Navy, LLC |
| Dated: April 7, 2015 | MALKERSON GUNN MARTIN LLP<br>Thomas F. DeVincke<br><br>           S/*Thomas F. DeVincke*<br>By:_____<br>Thomas F. DeVincke<br>Attorneys for Defendants Richard J. Hauser and PJJ&R Sacramento, LLC |
| Dated: April 7, 2015 | FREDRIKSON & BYRON, P.A.<br>John M. Koneck<br><br>           S/*John M. Koneck*<br>By:_____<br>John M. Koneck<br>Attorneys for Defendants Peter C. Carlson and John P. McClure |

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the above-captioned lawsuit is hereby dismissed without prejudice, with each party to bear his or its own costs and fees. The Court will retain jurisdiction over this matter to enforce the parties' settlement agreement or to take whatever other actions it deems appropriate. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated: May 8, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT